```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 35193
   GARY ISRAELSON
   PAMELA ISRAELSON                          CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4908     SSN XXX-XX-7014
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/02/05 and confirmed on 03/14/06.

   2. The case was dismissed after confirmation, 04/10/2008.

   3. The Debtor paid a total of $ 36609.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEW CENTURY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| IRWIN HOME EQUITY | MORTGAGE ARRE | 482.47 | .00 | 314.51 |
| KANE COUNTY TREASURER | SECURED | 7284.73 | .00 | 4748.91 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 5195.14 | 541.63 | 5195.14 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 21225.00 | 3650.32 | 12974.17 |
| HINSDALE BANK & TRUST | UNSECURED | 14614.01 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DELL PREFERRED ACCT | UNSECURED | NOT FILED | .00 | .00 |
| DELL PREFERRED ACCT | UNSECURED | NOT FILED | .00 | .00 |
| FARMERS INSURANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 6138.56 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2258.79 | .00 | .00 |
| RETAIL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9384.49 | .00 | .00 |
| MEDIACOM | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 204.81 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3723.87 | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| NEW CENTURY MORTGAGE | MORTGAGE ARRE | 6497.85 | .00 | 6497.85 |
| GREAT AMERICAN FINANCE | UNSECURED | 1192.80 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1030.68 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7225.67 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5458.92 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7608.81 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4578.91 | .00 | .00 |

```
GMAC PAYMENT CENTER          UNSECURED        1951.49            .00            .00
     Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  40685.19        .00     65371.81         .00     106057.00
PRINCIPAL PAID      29730.58        .00          .00         .00      29730.58
INTEREST PAID        4191.95        .00          .00         .00       4191.95
TOTAL PAID          33922.53        .00          .00         .00      33922.53
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2200.00
and was paid $   1000.00  direct and $   1200.00  through the plan.

The Trustee received $   1486.47 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 07/18/08                  /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE